■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANSFORD NEIL GLASHEN, Appellant. [765 NYS2d 807] —Application by appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 20, 1998 *(People v Glashen,* 249 AD2d 489 [1998]), affirming a judgment of the County Court, Westchester County, rendered September 20, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Florio and Friedmann, JJ., concur.